UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRUE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV16 TIA |
| | ) | |
| GOLF DISCOUNT OF ST. LOUIS, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On September 1, 2010, the undersigned received an email from a non-party in the case requesting the Court bar the closure of Golfdiscountsuperstore.com and allow the purchase of the internet store to proceed. It does not appear that a copy of this email was served upon any of the parties. The Parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

An email is not the appropriate vehicle for seeking relief from the Court. Moreover, *ex parte* communications with the Court are highly improper.

Accordingly,

**IT IS HEREBY ORDERED** that Melody Story shall discontinue *ex parte* communications with the Court and shall submit all future requests for relief in the appropriate format.

                                                       /s/ Terry I. Adelman
                                            UNITED STATES MAGISTRATE JUDGE

Dated this __3rd__ day of September, 2010.